KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| JOHN BOWER, | Case No. 2:17-cv-03178-CAS (KSx) |
|---|---|
| Plaintiff, | Judge: Hon. Christina A. Snyder |
| v. | Crtrm.: 8D – 8th Floor |
| WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation; and MICROPORT ORTHOPEDICS, INC., a Delaware corporation. | [~~PROPOSED~~] ORDER RE STIPULATION OF DISMISSAL |
| Defendants. | [*Filed concurrently with Stipulation of Dismissal*] |

## [~~PROPOSED~~] ORDER

On December 3, 2020, the parties jointly submitted a Stipulation of Dismissal to the Court. Accordingly, this action shall be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its respective costs, including any possible attorney fees or other litigation expenses.

**IT IS SO ORDERED.**

DATED: December 3, 2020

*/s/ Christina A. Snyder*

Hon. Christina A. Snyder
United States District Court Judge

---

**[PROPOSED] ORDER RE STIPULATION OF DISMISSAL**